IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRA LYONS,
ADC #704518                                                              PLAINTIFF

v.                    Case No. 1:14-cv-00124 KGB/JTR

B. WILLIAMS,
McPherson Unit, ADC, *et al.*                                            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court denies plaintiff Chandra Lyons's motions to consolidate (Dkt. Nos. 6, 7, 10).

2. The Court denies Ms. Lyons's application to proceed *in forma pauperis* (Dkt. No. 3).

3. The Court dismisses without prejudice this case.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED the 27th day of May, 2015.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE