**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **CHANDRA LYONS,** | |
| **ADC #704518** | **PLAINTIFF** |
| | |
| **v.** Case No. 1:14-cv-00124 KGB/JTR | |
| | |
| **B. WILLIAMS,** | |
| **McPherson Unit, ADC,** *et al.* | **DEFENDANTS** |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED the 27th day of May, 2015.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE